**GORDON & REES LLP**
ALLISON L. JONES (SBN 162976)
633 West Fifth Street
52nd Floor
Los Angeles, CA 90071
Telephone:  619-230-7712
Facsimile:  619-696-7124
ajones@grsm.com

Attorney for Petitioner, the Trial Lawyers College

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF SUBPOENA DUCES TECUM TO ADRIAN BACA<br><br>THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>            Petitioner.<br><br>THE TRIAL LAWYERS COLLEGE, a nonprofit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>GERRY SPENCES TRIAL LAWYERS COLLEGE AT THUNDERHEAD RANCH, a nonprofit corporation, and GERALD L. SPENCE, JOHN ZELBST, REX PARRIS, JOSEPH H. LOW, KENT SPENCE, DANIEL AMBROSE, and JOHN JOYCE, individuals,<br><br>            Defendants. | Case No.  2:21-CV-04724<br><br>**PETITIONER, THE TRIAL LAWYERS COLLEGE'S NOTICE OF MOTION AND MOTION TO COMPEL ADRIAN BACA TO COMPLY WITH SUBPOENA *DUCES TECUM***<br><br>[Separate Memorandum of Points of Authorities; Exhibits 1-13; Declaration of Matthew R. Slaughter; and [Proposed] Order Filed Concurrently]<br><br>Hearing Date:<br>Hearing Time:<br>Judge:<br>Location:<br><br><br>Underlying Action Filed: May 13, 2020 (D. Wyo.)<br><br>Rule 45 Motion to Compel Filed: June 9, 2021 |

**TO ADRIAN BACA AND HIS COUNSEL:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45 and Local Rules 45-1, 37-1 and, 37-2.4(a), Petitioner the Trial Lawyers College ("TLC"), appearing solely for the purpose of this Motion, reserving all rights, motions and defenses and without waiver thereof, respectfully moves this Honorable Court for an Order compelling Adrian Baca to produce all documents responsive to the subpoena *duces tecum* served on him by TLC on April 2, 2021. This motion shall be heard on [date], at [time], or as soon thereafter, in the courtroom of the Honorable [Judge], United States District Judge, United States District Court for the Central District of California, Western Division, 312 N. Spring Street, Los Angeles, California 90012.

This motion is made pursuant to Federal Rule of Civil Procedure 45 and Local Rules 45-1, 37-1 and, 37-2.4(a), following repeated attempts to conference with counsel pursuant to L.R. 7-3, with the first attempt taking place on May 5, 2021. This Motion is based on this Notice of Motion and Motion, the concurrently-filed Memorandum of Points and Authorities, Exhibits 1-13 attached hereto, and any evidence and argument presented at the hearing on the Motion.

Petitioner, the Trial Lawyers College, respectfully requests that this Motion be granted; that an order be issued to Adrian Baca compelling his compliance with the subpoena *duces tecum* issued to him by TLC in connection with *The Trial Lawyers College*

1

*v. Gerry Spences Trial Lawyers College at Thunderhead Ranch*, Civil Action No. 1:20-cv-0080 (D. Wyo.); and that this Court award Petitioner any other relief as this Court deems appropriate. TLC notes, however, that it has filed a corresponding Motion to Transfer this issue to the U.S. District Court for the District of Wyoming, where the underlying action is pending, given that the Wyoming Court is intimately familiar with the disputes raised herein and currently has overlapping discovery issues pending before it.

**Certification**. This Motion was made following repeated attempts to conference with counsel pursuant to L.R. 7-3, with the first attempt taking place on May 5, 2021. Because more than ten (10) days have passed since TLC requested Baca telephonically confer with TLC regarding the discovery issues it raised in its April 28, 2021 letter, TLC now moves this Court for an order compelling Baca to comply with TLC's lawfully issued subpoena.

DATED: June 9, 2021

Respectfully submitted,

**GORDON & REES LLP**

BY:    /s/ Allison L. Jones

*ATTORNEY FOR PETITIONER, THE TRIAL LAWYERS COLLEGE*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2021, I caused true and correct copy of the foregoing document to be served on Mr. Adrian Baca and provided a true and correct copy of the foregoing document to Mr. Baca's counsel, Ms. Beth Kushner, via electronic mail (BKUSHNER@vonbriesen.com). This Motion was made following repeated attempts to conference with counsel pursuant to L.R. 7-3, with the first attempt taking place on May 5, 2021.

*/s/ Sylvia Durazo*

Sylvia Durazo

1

PETITIONER, THE TRIAL LAWYERS COLLEGE'S NOTICE OF MOTION AND MOTION TO COMPEL ADRIAN BACA TO COMPLY WITH SUBPOENA *DUCES TECUM*